FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
CLOSED

# U.S. District Court
## Eastern District of Michigan (Flint)
### CIVIL DOCKET FOR CASE #: 4:07-cv-13142-PVG-MKM
### Internal Use Only

| | |
|---|---|
| Adelson v. Ocwen Financial Corporation, et al | Date Filed: 07/27/2007 |
| Assigned to: Honorable Paul V Gadola | Date Terminated: 12/27/2007 |
| Referred to: Honorable Mona K Majzoub | Jury Demand: None |
| Case in other court: Sixth Circuit Court for Oakland County, Michigan, 07-83930-CK | Nature of Suit: 220 Real Property: Foreclosure |
| Cause: No cause code entered | Jurisdiction: Diversity |

**Plaintiff**

**Wendy Adelson**     represented by **Paul G. Valentino, Jr.**
Lehman & Valentino
43996 S. Woodward Avenue
Suite 200
Bloomfield Hills, MI 48302
248-334-7787
Fax: 248-334-7202
Email: paul@lehman-valentino.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Ocwen Financial Corporation**     represented by **Amy E. Muszall**
Potestivo Assoc.
811 South Boulevard
Suite 100
Rochester Hills, MI 48307
248-853-4400
Fax: 248-267-3086
Email: amuszall@potestivolaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ocwen Loan Servicing, LLC**     represented by **Amy E. Muszall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Bank USA, NA**
*Assignee*
    represented by **Amy E. Muszall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify that the foregoing is a true copy of the original on file in this office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____ Deputy

**Defendant**

| | | |
|---|---|---|
| Ace Securities Corporation, Home Equity Loan Trust 2007-HE1 | represented by | **Amy E. Muszall** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2007 | 1 | NOTICE OF REMOVAL by Ace Securities Corporation, Home Equity Loan Trust 2007-HE1, Ocwen Loan Servicing, LLC, HSBC Bank USA, NA from Sixth Circuit Court for Oakland County, Michigan, case number 07-83930-CK. Receipt No: 560178 - Fee: $ 350 (Attachments: # 1 Document Continuation # 2 Document Continuation) (DTyl) (Entered: 07/30/2007) |
| 08/07/2007 | 2 | ANSWER to Complaint with Affirmative Defenses *and Proof of Service* by all defendants. (Muszall, Amy) (Entered: 08/07/2007) |
| 08/15/2007 | 3 | MOTION to Remand by Wendy Adelson. (Valentino, Paul) (Entered: 08/15/2007) |
| 08/17/2007 | 4 | AMENDED 2 Answer to Complaint by Ace Securities Corporation, Home Equity Loan Trust 2007-HE1, Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, HSBC Bank USA, NA *Amended Affirmative Defenses and Proof of Service* (Muszall, Amy) (Entered: 08/17/2007) |
| 08/24/2007 | 5 | MOTION to Stay *Proceedings* by Ocwen Loan Servicing, LLC. (Attachments: # 1 Index of Exhibits # 2 Exhibit A - Notice of Removal# 3 Exhibit B - MDL Order# 4 Exhibit C Tag Along Notice# 5 Exhibit D - Collection of Stay Orders) (Muszall, Amy) (Entered: 08/24/2007) |
| 08/30/2007 | 6 | RESPONSE to 3 MOTION to Remand *with Proof of Service* filed by all defendants. (Attachments: # 1 Exhibit Index# 2 Exh #1 - Conditional Transfer Order# 3 Exh #2 - Collection of Stay Orders) (Muszall, Amy) (Entered: 08/30/2007) |
| 12/14/2007 | 7 | [Informational Copy] MDL Non-Certified Transfer Order To Northern District of Illinois - MDL # 1604. (SSch) (Entered: 12/14/2007) |
| 12/27/2007 | 8 | MDL Certified Transfer Order To Northern District of Illinois - MDL # 1604. (SSch) (Entered: 01/07/2008) |
| 01/07/2008 | 9 | NOTICE of Transfer to the Northern District of Illinois for MDL 1604. (SSch) (Entered: 01/07/2008) |