UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Wendy Adelson,

       Plaintiff(s),           CASE NO. 07-13142

v.                                  JUDGE Paul V Gadola

Ocwen Financial Corp., et al,

       Defendant(s).

_____

**FILED JANUARY 10, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:    U.S. District Court
         Northern District of Illinois
         219 S. Dearborn Street, 20th Floor
         Chicago, IL 60604

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER . A certified copy of the docket and the transfer order are enclosed for consolidation with your Multi District Litigation 1604. The remainder of the docket entries are available using Pacer.

Please acknowledge receipt of these documents by returning a time-stamped copy of this notice.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 1604. Please file all future documents with the court listed above.

                                              DAVID J. WEAVER, CLERK OF COURT

Date: January 7, 2008                 By      s/Sarah Schoenherr
                                                              Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

                                              DAVID J. WEAVER, CLERK OF COURT

Date: January 7, 2008                 By      s/Sarah Schoenherr
                                                              Deputy Clerk