SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ocwen Loan Servicing
The Forum 1675 Palm Beach
Lakes Blvd Ste 1000
P.O. Box 24737
West Palm Beach FL 33416-4737

COMPLETE THIS SECTION ON DELIVERY

A. Signature:
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
MAY 21 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0003 3490 7404

PS Form 3811, February 2004   Domestic Return Receipt

Wendy B. Adelson
3630 Waldon Road (Oakland County)
Lake Orion, Michigan 48360
(248) 393-0452

May 1, 2007

Ocwen Loan Servicing
**Ocwen Financial Corporation Overview** (OCN)
The Forum 1675 Palm Beach Lakes Blvd., Ste. 1000
PO Box 24737 West Palm Beach, FL 33401
1 561 682 8000

**Subject: Deceptive Fraud Practice, Mortgage Fraud, Promissory Note Fraud, etc.**
**RE:  Delete and Remove Deceptive Trade Information from Credit Report and Register of Deeds (Discharge of Mortgage Due to Breach of Contract)**
   Property Address: 3630 Waldon Road, Lake Orion, Michigan 48360
   **Ocwen Financial**
   **Ocwen Federal Bank**
   **Ocwen Servicing Inc.,**
   **MERS Mortgage Electronic Registration System**
   **Sebring Capital Partners L.P.**

Dear Ocwen:

This is a "qualified written request" under Section 6 of the Real Estate Settlement Procedures Act (RESPA).

I am disputing the following information in my file. The items disputed also are encircled on the attached copy of the report I received. Ocwen Loan Servicing loan no. (80331044).

1. I am requesting via, cancelled checks, bank wire transfer, and/or some evidence etc., evidencing that any and/or all of the above mentioned Ocwen Loan Servicing corporations ("Ocwen") actually purchased my $178,500.00, mortgage loan from Sebring Capital Partners L.P.("Sebring") entitling Ocwen to collect any sums of money from me. And/or
2. Ocwen must disclose to me who they are servicing my mortgage loan for?
3. Ocwen accepts partial payments and fails to apply such payments to the subject loan, but hold the payment in a "suspense" account which is a clear violation of the Fair Debt Collection Act without the legal authority and is a clear breach of contract.
4. Ocwen adds additional "unexplained" fees and costs without justification.
5. Ocwen sends massive amount of unwanted solicitation and is attempting to charge my account for such solicitation without the legal authority and is a clear breach of contract..
6. Ocwen has added extra fees and costs to my mortgage payment increasing the monthly payment without the legal authority and is a clear breach of contract.
7. On April 30, 2007, I was informed by Ocwen that they did purchase my mortgage note from Sebring but failed and/or refused to provide any such evidence of said purchase by them.

Ocwen informed me that they were located in India. Ocwen repeatedly stated they were my mortgage note servicer but failed and/or refused to provide me with the name the actual holder of my mortgage note.

8. On May 1, 2007, upon checking with the Oakland County Register of Deeds Records, it is clearly indicated that Sebring as of this date is my mortgage note holder. (see **Exhibit A – Register of Deeds Records Printout**) Ocwen has not filed an assignment of mortgage with the Oakland County Register of Deeds Records and there is no indication that have any legal authority to collect any mortgage payments from me due to their failure and/or refusal to provide evidence to me that the purchased my mortgage note from Sebring.
9. In November, 2006, Sebring Capital Partners L.P., collapsed, the corporations was dissolved and is no longer an active mortgage lender and/or servicer. (see **Exhibit B - Credit Report**)
10. Ocwen has committed identity thief against me pursuant to Michigan Act No. 452, of Public Acts of 2004, No. 792. Ocwen failed and/or refused to provide me with a mortgage loan servicing disclosure statement and is not licensed in the state of Michigan to service my mortgage note. Ocwen fraudulently obtained my consumer information in their attempt to obtain mortgage note payments to which they are not entitled.
11. Ocwen has reported that they acquired my mortgage note as of September, 2006, which is incorrect. Sebring was my mortgage note holder until December, 2006, and there is no evidence that Ocwen has any interest in my subject mortgage.
12. Ocwen has reported my payment history incorrectly to all three (3) credit agencies where as they indicate that I have been over thirty (30) days on one (1) occasion and over sixty (60) days on one (1) occasion which is not accurate whereas, I have made payments to Ocwen Loan Servicing each month.
13. Ocwen has reported that my payments are overdue $3,233.00, and is incorrect. I made mortgage payment to Sebring October, 2006, November, 2006, and December, 2006. In January, 2007, and each month thereafter I made mortgage payments to Ocwen which have continued through April, 2006, at which time I stopped making payment to Ocwen due to their refusal to disclosed to me who they were servicing my for.
14. Ocwen has repeatedly attempted to re-collect payments that were made by me to Sebring.

Enclosed and attached as exhibits is my evidence that Ocwen is not my mortgage note holder has failed and/or refused to disclose who holds my mortgage note and provide to me proof of such and is not as a matter of law entitled to collect mortgage note payments from me, nor are they entitled to report that I have a valid account with their company with any credit agency. I am requesting that Ocwen reported information contained on my credit report be **Immediately Delete and Remove Ocwen's Deceptive Trade Information From My Credit Report Due To A Breach of Contract and (Discharge My Mortgage Note Filed With The Oakland County Register of Deeds)**

**Pursuant to Section 6 of RESPA you are required to acknowledge my request within 20 business days and must try to resolve the issue within 60 business days.**

Sincerely,

*[signature]*

Wendy B. Adelson

# EXHIBIT F

| | |
|---|---|
| Type of Transaction: | REFINANCE |
| Mortgage Amount: | $178,500.00 |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Term: | 30 YEARS |
| Mortgage Deed Type: | MORTGAGE DEED |
| Mortgage Date: | 09/26/2006 |
| Mortgage Due Date: | 10/01/2036 |
| Interest Rate: | ADJUSTABLE |
| Lender Name: | SEBRING CAP PTRS LP |
| Lender Address: | CARROLLTON, TX 75007 |
| Recording Date: | 11/03/2006 |
| Document Number: | 269797 |
| Recording Book/Page: | BOOK 38341, PAGE 483 |
| Title Company: | TRANSNATION TITLE |
| Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT G

Case 2:07-cv-07314-MDL Document 1-5 Filed 10/23/2007 Page 6 of 10

# LEHMAN & VALENTINO, P.C.
Attorneys At Law
43494 Woodward Avenue, Suite 203
Bloomfield Hills, Michigan 48302
Telephone (248) 334-7787
FAX (248) 334-7202

RICHARD L. LEHMAN, *DECEASED, (2005)*
PAUL G. VALENTINO

PATRICK M. CLEARY*
OF COUNSEL

June 13, 2007

Potestivo & Associates, P.C.
811 South Blvd E. Ste 100
Att: Susan
Rochester Hills, Michigan 48307
(248) 853-4400

Re: **Wendy Adelson / Ocwen Loan No. 80331044**

Dear Susan:

In furtherance of our conversation this morning, please be advised that our firm has been retained to represent Ms. Adelson in the aforementioned matter. As such please direct any and all correspondence regarding the above matter to our office.

As I informed you on the phone, Ms. Adelson is not over sixty (60) days past due and by no means at the level of foreclosure. Ms. Adelson certified mailed to Ocwen a written demand for verification that Ocwen purchased the loan from Sebring Capital dated May 1, 2007. (see Attached) Ocwen signed the certified receipt May 21, 2007.(see Attached)

I will be forwarding to your office within the next day or two copies of payments made by Ms. Adelson to Ocwen. The current records I have indicate that Ocwen (if they actually purchased the note from Sebring) indicate that Ocwen would be the party to send payments to from the starting date of January 1, 2007, through the present. The total amount Ocwen would be entitled to is $1,486.01, per month for a total amount of $8,916.06. Ms. Adelson has paid Ocwen 12/28/06 - $1,000.00, 1/29/07 - $900.00, 2/26/07-$1,000.00, 3/18/07 - $1,000.00, 3/31/07 - $1,527.01, 4/3/07 - $105.00, the total amount of $5,532.11, leaving a balanced owed on the loan of $3,384.84, which is slightly over two (2) payments.

The two (2) payments owed are May, 2007, and June 2007, to which Ms. Adelson has withheld from Ocwen until proof of their entitlement to collect the debt is provided to her in writing. It appears that Ocwen's response to Ms. Adelson's letter was to move the loan wrongfully and without cause into foreclosure. Further, the Oakland County Register of Deeds records indicate that Sebring is the Mortgage Note Holder, there has been nothing filed that would indicate that Sebring assigned Ms. Adelson's mortgage to Ocwen. When Ms. Adelson requested this information from Ocwen, she was told that it was "confidential" and they had no intention to disclose that information to her.

Yours very truly,

LEHMAN & VALENTINO, P.C.

Paul G. Valentino

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY ADELSON,

    Plaintiff,

v

OCWEN FINANCIAL CORPORATION
A foreign corporation, OCWEN LOAN
SERVICING LLC, a foreign corporation,
HSBC BANK USA, N.A., assignee,
A foreign corporation, ACE SECURITIES
CORP., HOME EQUITY LOAN TRUST
2007-HE1, a foreign corporation,

    Defendants.

Case: 4:07-cv-13142
Assigned To: Gadola, Paul V
Referral Judge: Majzoub, Mona K
Filed: 07-27-2007 At 01:22 PM
REM ADELSON V OCWEN FINANCIAL
CORPORATION, ET AL (EW)

---

Lehman & Valentino, P.C.
By: Paul G. Valentino (P34239)
Attorney for Plaintiff
43494 Woodward Ave., Suite 203
Bloomfield Hills, MI 48302
(248) 334-7787

Potestivo & Associates, P.C.
By: Brian A. Potestivo (P42893)
    David G. Marowske (P57261)
    Amy E. Muszall (P64935)
Attorneys for Defendants
811 South Blvd. E, Suite 100
Rochester Hills, MI 48307
(248) 853-4400

---

### PROOF OF SERVICE

    I, Barbara C. Alter, state that on the 26th day of July 2007, I served a copy of the Notice of Removal and this Proof of Service upon:

Paul G. Valentino (P34239)
43494 Woodward Ave., Suite 203
Bloomfield Hills, MI 48302

by placing same in a well sealed envelope, First Class Mail, with the proper prepaid postage thereon and depositing same to a US Mail receptacle in the City of Rochester Hills, State of Michigan.

                                                                                       Barbara C. Alter

%JS 44 (Rev. 11/07) **CIVIL COVER SHEET**

ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Wendy Adelson

**DEFENDANTS**
OCWEN FINANCIAL CORPORATION,
a foreign corporation, OCWEN LOAN
SERVICING, LLC, a foreign corporation,

(b) County of Residence of First Listed Plaintiff  Oakland
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Palm Beach, FL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Paul G. Valentino (P34239) 43494 Woodward, Ave., Ste. 203, Bloomfield Hills, MI 48302 (248) 334-7787

Attorneys (If Known)
Amy E. Muszall (P64935) 811 South Blvd., Ste. 100, Rochester Hills, MI 48307 (248) 853-4400

## II. BASIS OF JURISDICTION (Select One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Case: 4:07-cv-13142
Assigned To: Gadola, Paul V
Referral Judge: Majzoub, Mona K
Filed: 07-27-2007 At 01:22 PM
REM ADELSON V OCWEN FINANCIAL CORPORATION, ET AL (EW)

## IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 660 Occupational Safety/Health | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | | ☐ 865 RSI (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 892 Economic Stabilization Act |
| ■ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Select One Box Only)

- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sec. 1332(a)(1)
Brief description of cause:
Plaintiff is alleging that Defendant wrongfully commenced foreclosure proceedings against her

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE  DOCKET NUMBER

DATE: July 25, 2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :