UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Chicago)

WENDY ADELSON,
    Plaintiff,

Docket no: 1:07-cv-07208
Honorable: Charles R. Norgle, Sr.

-vs-

OCWEN FINANCIAL CORPORATION, a foreign Corporation, OCWEN LOAN SERVICING, LLC., a Foreign Corporation, HSBC BANK USA, N.A., Assignee, a Foreign Corporation, ACE SECURITIES CORP, HOME EQUITY LOAN TRUST 2007-HE1, a Foreign Corporation, Jointly & Severely,
    Defendants,

FILED
FEB X 8 2008
FEB 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF HEARING

PLEASE TAKE NOTICE, that on the 22nd day of February 2008, Plaintiff's Motion to Remand, will be heard in the Courtroom of the Honorable Charles R. Norgle, Sr., Everett McKinley Dirksen Building, Courtroom 2341, located at 219 South Dearborn Street, **_Chicago, Illinois 60604_**, at 10:30 in the forenoon, or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Paul G. Valentino
Paul G. Valentino, (P34239)
43494 Woodward Ave Ste 203
Bloomfield Hills, Michigan 48302
(248) 334-7787

LEHMAN & VALENTINO, P.C.
Attorneys at Law
43494 Woodward Ave. · Suite 203 · Bloomfield Hills, Michigan 48302
Telephone (248) 334-7787 · Fax (248) 334-7202

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Chicago)

WENDY ADELSON,
          Plaintiff,

Docket no: 1:07-cv-07208
Honorable: Charles R. Norgle, Sr.

-vs-

OCWEN FINANCIAL CORPORATION, a
foreign Corporation, OCWEN LOAN
SERVICING, LLC., a Foreign Corporation,
HSBC BANK USA, N.A., Assignee, a Foreign Corporation,
ACE SECURITIES CORP, HOME EQUITY LOAN TRUST 2007-HE1,
a Foreign Corporation, Jointly & Severely,
          Defendants,

## PROOF OF SERVICE

PLEASE BE ADVISED,, that on the 05 th day of February 2008, Plaintiff forwarded to Defendants counsel of record Amy E. Muszall, copies of Plaintiff's Notice of Hearing for Motion to Remand, Attorney Paul Valentino, Application for Pro Hac Vice, & Proof of Service, via, First Class Mail to 811 South Boulevard E. Ste 100, Rochester Hills, Michigan 48307, with Postage fully prepaid therein.

          Respectfully submitted,

          /s/ Paul G. Valentino
          Paul G. Valentino, (P34239)
          43494 Woodward Ave Ste 203
          Bloomfield Hills, Michigan 48302
          (248) 334-7787

LEHMAN & VALENTINO, P.C.
Attorneys at Law
43494 Woodward Ave. · Suite 203 · Bloomfield Hills, Michigan 48302
Telephone (248) 334-7787 · Fax (248) 334-7202