UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Chicago)

WENDY ADELSON,
        Plaintiff,

Docket no: 1:07-cv-07208
Honorable: Charles R. Norgle, Sr.

-vs-

OCWEN FINANCIAL CORPORATION, a
foreign Corporation, OCWEN LOAN
SERVICING, LLC., a Foreign Corporation,
HSBC BANK USA, N.A., Assignee, a Foreign Corporation,
ACE SECURITIES CORP, HOME EQUITY LOAN TRUST 2007-HE1,
a Foreign Corporation, Jointly & Severely,
                      Defendants,

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

NOW COMES, Plaintiff, Wendy Adelson, by and through her counsel, Lehman & Valentino, P.C., and for Plaintiff's Motion to Amend Complaint, and is based upon the following facts and circumstances:

1. On June 25, 2006, Plaintiff filed the instant lawsuit against Defendants.

2. That upon service of Plaintiff's complaint on Defendant, Ocwen Loan Servicing, On July 03, 2007, Plaintiff's counsel had direct contact with Defendants, counsel, David G. Marowske, (an associate of Potestivo & Associates, P.C.) and discussions were conducted. Mr. Marowske, indicated to Plaintiff's counsel that after his review of payment transactions between Plaintiff, and Defendant, Ocwen Loan Servicing, he instructed Defendant, Ocwen Loan Servicing to re-instate Plaintiff's loan, **(Exhibit A)** and was in the process of working out the details of the settlement with Plaintiff's counsel when without notice to Plaintiff, another associate of Potestivo & Associates,

P.C., Amy Muszall requested that the Sixth (6th) Circuit Court for Oakland County, Michigan, close Plaintiff's State Court proceeding without prejudice, and Ms. Muszall on or about July 27, 2007, moved Plaintiff's Complaint into the Federal Court Eastern District of Michigan.

3. That an agreement between Plaintiff's counsel and Defendant's counsel Mr. Marowske, that Plaintiff would not default Defendants, and the foreclosure sale would be cancelled due to the filing of the Complaint, during the negotiations between them. **(Exhibit B)**

4. That on or about August 07, 2007, Defendants filed their answer to complaint in the Eastern District of Michigan Federal Court, thirty-five (35) days after service of the Complaint.

5. That since the transferring of Plaintiff's Complaint into the Federal Court, the litigation was in an inactive status awaiting the United State Judicial Panel Multi-district Litigation decision on transfer.

6. That on December 14, 2007, the United States Judicial Panel Multi-District Litigation rendered its decision and transferred Plaintiff's Complaint into the Northern District of Illinois. **(Exhibit B)**

7. That on or about January 14, 2008, attorneys for the parties were notified of the completed transfer.

8. That Plaintiff would like to amend her Complaint so it complies with the Federal Rules and Civil Procedures in addition to adding another count as the Defendants have caused Plaintiff to have to continue with an "interest only" loan, where had Defendants not falsely reported late pays and failure to disclosed to Plaintiff her mortgage note holder when requested in April of 2007, Plaintiff would have