# EXHIBIT A

From:       David Marowske [dmarowske@potestivolaw.com]
Sent:       Sunday, July 15, 2007 5:22 PM
To:         paul@lehman-valentino.com; 'Paul Valentino'
Cc:         'Amy Muszall'; 'Joon Park'
Subject:    Adelson v. Ocwen



Reinstatement
Quote.doc (43 KB...

Paul,

Attached is a Reinstatement Quote for Wendy Adelson's loan.  Hopefully with the
information provided we can resolve this matter quickly.  If not please contact me as to
what specifically your client is disputing.

Also, my client has cancelled the foreclosure sale altogether due to the filing of the
lawsuit.

Please be advised that I will be out of the office Tuesday through Thursday (7/17 - 7/19)
of this week, and the following dates as well, 7/27 through 8/7.

Should you wish to discuss this matter, please contact attorney Amy Muszall.  She is
working with me on the file and will be able to help you out.  Thanks.

David G. Marowske
Attorney at Law
dmarowske@potestivolaw.com
Telephone:  248-853-4400 ext. 105
Facsimile:  248-267-3051
POTESTIVO & ASSOCIATES, P.C.
811 South Blvd. E, Suite 100
Rochester Hills, MI  48307

NOTICE OF CONFIDENTIALITY

This E-mail message and its attachments (if any) are intended solely for the use of the
addressee hereof.  In addition, this message and the attachments (if any) may contain
information that is confidential, privileged or exempt from disclosure under applicable
law.  If you are not the intended recipient of this message, you are prohibited from
reading, disclosing, reproducing, distributing, disseminating or otherwise using this
transmission.  Delivery of this message to any person other than the intended recipient is
not intended to waive any right or privilege.  If you have received this message in error,
please promptly notify the sender by reply E-mail and immediately delete this message from
your system.
e-mail:  dmarowske@potestivolaw.com


No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.10.6/902 - Release Date: 7/15/2007 2:21 PM

OCWEN
www.ocwen.com

**Ocwen Loan Servicing, LLC**
12650 Ingenuity Drive, Orlando, FL 32826

**1-877-596-8580**

# REINSTATEMENT QUOTE SCHEDULE

Wendy Adelson
3630 Waldon
Lake Orion, MI 48360

Loan Number: 80331044
Property Address: 3630 Waldon
Lake Orion, MI 48360

As Of: 07/20/2007          Next Due: 08/01/2007

| Description | AMOUNT |
|---|---|
| Total Interest Due | 7,430.05 |
| Total Amount Due to Reinstate | $7,430.05 |

If you are unable to pay the Total Amount Due to reinstate your loan, please
contact our office at 1-877-596-8580

| OTHER AMOUNTS OUTSTANDING AND DUE | |
|---|---|
| Total Late Charge Due | 222.90 |
| Property Inspection Fee | 10.50 |
| Title Report Fee | 300.00 |
| Property Valuation Fee - BPO | 110.00 |
| Certified Mail Cost | 14.01 |
| Total Other Amounts Outstanding and Due | $657.41 |

*Please make note of the other amounts due on your loan. Repayment of these amounts is not necessary to reinstate your loan at this time; however, it is required to fulfill your debt obligation under the note and the mortgage. We strongly encourage you to contact us to make payment arrangements to repay the Other Amounts Outstanding and Due by calling 1-877-596-8580.*

1.  If your loan is past due or has recently been past due, additional fees and costs may have already been incurred on your loan but not yet billed to your account. These fees and expenses, if any, will be billed to your account once they are verified and paid by Ocwen.

2.  If your account is past due, additional collection expenses and legal fees may be accruing.

3.  All checks must be made payable to Ocwen.

4.  If your loan is in foreclosure, all funds must be in one of the following forms: Cashier's Check, Bank Certified Check, Title Company Check or Attorney's Escrow Check or via Wire Transfer. All other forms of payment will be returned and the reinstatement will not be processed.

5.  **Payment remittance information** (always include your Ocwen loan number with your payment):

**BY OVERNIGHT COURIER**
Ocwen
12650 Ingenuity Drive
Orlando, FL 32826
Reference: Ocwen Loan #
Attention: Cashiering/LRC Payment Dept.

**BY WIRE TRANSFER**
JP Morgan Chase Bank, NA.
712 Main St. Houston, TX 77002
ABA: 113000609
Account Name: Ocwen Financial Corporation
Account Number: 00113339999

# EXHIBIT B

**CEM FILED**

DECEMBER 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Dec 14, 2007

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

Dec 14, 2007

FILED
CLERK'S OFFICE

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION
Wendy Adelson v. Ocwen Financial Corp., et al.,     )
E.D. Michigan, C.A. No. 4:07-13142     )

JUDGE NORGLE

MDL No. 1604

**TRANSFER ORDER**

07 C 7208

**Before the entire Panel\***:  Plaintiff in this action moves pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring the action to the Northern District of Illinois for inclusion in MDL No. 1604. Defendants Ocwen Financial Corp. and Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB (Ocwen), oppose the motion.

After considering all counsel's argument, we find that this action involves common questions of fact with actions in this litigation previously transferred to the Northern District of Illinois, and that transfer of this action to the Northern District of Illinois for inclusion in MDL No. 1604 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket.  In that order, we held that the Northern District of Illinois was a proper Section 1407 forum for actions involving allegations that Ocwen and/or other defendants engaged in unfair loan servicing and/or debt collection practices (1) in violation of various federal and/or state statutes, and/or (2) based upon various common law theories of liability. *See In re Ocwen Federal Bank FSB Mortgage Servicing Litigation*, 314 F.Supp.2d 1376 (J.P.M.L. 2004).

Plaintiff's pending  motion for remand to state court can be presented to the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

reby certify that the foregoing is a
copy of the original on file in this

K, U.S. DISTRICT COURT
ERN DISTRICT OF MICHIGAN

Deputy

FILED
DEC 27 2007
CLERK'S OFFICE
DETROIT

\* Judge Scirica took no part in the disposition of this matter.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By S. LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: DECEMBER 27, 2007

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr., for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica* |

believe Ocwen has been served.

David G. Marowske
Attorney at Law
dmarowske@potestivolaw.com
Telephone: 248-853-4400 ext. 105
Facsimile: 248-267-3051
POTESTIVO & ASSOCIATES, P.C.
811 South Blvd. E, Suite 100
Rochester Hills, MI  48307

NOTICE OF CONFIDENTIALITY

This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof.  In addition, this message and the attachments (if any) may contain information that is confidential, privileged or exempt from disclosure under applicable law.  If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission.  Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege.  If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.
e-mail:  dmarowske@potestivolaw.com


No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.10.2/891 - Release Date: 7/8/2007 6:32 PM