UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Chicago)

WENDY ADELSON,
          Plaintiff,

Docket no: 1:07-cv-07208
Honorable: Charles R. Norgle, Sr.

-vs-

OCWEN FINANCIAL CORPORATION, a
foreign Corporation, OCWEN LOAN
SERVICING, LLC., a Foreign Corporation,
HSBC BANK USA, N.A., Assignee, a Foreign Corporation,
ACE SECURITIES CORP, HOME EQUITY LOAN TRUST 2007-HE1,
a Foreign Corporation, Jointly & Severely,
          Defendants,

## PLAINTIFF'S MOTION TO ESCROW MORTGAGE PAYMENTS WITHHELD WITH THE COURT AND RELEASE OF PLAINTIFF'S MORTGAGE NOTE

NOW COMES, Plaintiff, Wendy Adelson, by and through her counsel, Lehman & Valentino, P.C., and for Plaintiff's Motion to Escrow Mortgage Payments Withheld with the Court and Release of Plaintiff's Mortgage Note, and is based upon the following facts and circumstances:

1. That Plaintiff as of May 20, 2007, through the present has paid her mortgage payments into an escrow account. **(Exhibit A)**

2. That Plaintiff would like to refinance her mortgage loan at a much lower rate than that contained in the mortgage (allegedly) maintained by Defendants.

3. That Plaintiff requests that the Court permit her to move the escrowed mortgage payments in to a Court ordered escrow account and order the Defendants release her mortgage note.

4. Plaintiff's current mortgage loan is an "interest only" loan with a (9.999%) interest

rate. Plaintiff would like to refinanced her mortgage loan with a principle and interest loan at the interest rate of (6½%) which would lower her monthly payment from ($1,486.01) to approximately ($1,128.24) saving Plaintiff the sum of ($357.77) each month. **(Exhibit B)**

5.  That Defendants would not be prejudiced by Plaintiff's moving the escrowed mortgage funds into the Court as they would not be entitled to any amount greater than that of the mortgage payments due on the mortgage note that they allege they hold and maintain. Plaintiff's mortgage payment is $1,486.01, each month. Plaintiff began escrowing her mortgage payments on May 20, 2007, and continued through the present February 01, 2008, and the total mortgage payments held in escrow currently by Plaintiff is in the amount of ($14,860.10).

6.  That based upon the foregoing it would be a manifest injustice if Plaintiff was not permitted to move her escrowed mortgage payments into the Court and permit Plaintiff to refinance her mortgage loan at a much lower interest rate.

WHEREFORE, Plaintiff, Wendy Adelson, requests that this Honorable Court enter its order granting Plaintiff's motion to move the escrowed mortgage payments in the Court, order Defendants produce and release Plaintiff mortgage note, together with such other and further relief deemed just and equitable under the facts and circumstances.

February 10, 2008

Respectfully submitted,

/s/ Paul G. Valentino
Paul G. Valentino, P34239
43494 Woodward Ave Ste 203
Bloomfield Hills, Michigan 48302
(248) 334-7787