# EXHIBIT A

**Chase Online**

## Activity for
**Transactions 1 -10**

**Search Transactions**

Present Balance: $14,860.10

Available Balance: $14,860.10

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 02/05/2008 | DEPOSIT | (view) | | $1,486.01 | $14,860.10 |
| 01/04/2008 | DEPOSIT | (view) | | $1,486.01 | $13,374.09 |
| 12/04/2008 | DEPOSIT | (view) | | $1,486.01 | $11,888.08 |
| 11/04/2008 | DEPOSIT | (view) | | $1,486.01 | $10,402.07 |
| 10/01/2008 | DEPOSIT | (view) | | $1,486.01 | $8,916.06 |
| 09/01/2008 | DEPOSIT | (view) | | $1,486.01 | $7,430.05 |
| 08/31/2008 | DEPOSIT | (view) | | $1,486.01 | $5,944.04 |
| 07/31/2008 | DEPOSIT | (view) | | $1,486.01 | $4,458.03 |
| 06/03/2007 | DEPOSIT | (view) | | $1,486.01 | $2,972.02 |
| 05/20/2007 | DEPOSIT | (view) | | $1,486.01 | $1,486.01 |

# EXHIBIT B