UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Chicago)

WENDY ADELSON,
          Plaintiff,

Docket no: 1:07-cv-07208
Honorable: Charles R. Norgle, Sr.

-vs-

OCWEN FINANCIAL CORPORATION, a
foreign Corporation, OCWEN LOAN
SERVICING, LLC., a Foreign Corporation,
HSBC BANK USA, N.A., Assignee, a Foreign Corporation,
ACE SECURITIES CORP, HOME EQUITY LOAN TRUST 2007-HE1,
a Foreign Corporation, Jointly & Severely,
          Defendants,

## PLAINTIFF'S MOTION FOR IMMEDIATE RESTORATION & REMOVAL OF DEROGATORY CREDIT INFORMATION FROM ALL CREDIT BUREAUS BY DEFENDANTS

NOW COMES, Plaintiff, Wendy Adelson, by and through her counsel, Lehman & Valentino, P.C., and for Plaintiff's Motion for Immediate Restoration & Removal of Derogatory Credit Information from All Credit Bureaus, and is based upon the following facts and circumstances:

1. That on or about September 26, 2006, Plaintiff entered into a interest only mortgage loan with Sebring Capital which provided for a payment in the amount of $1,486.01, each month.

2. That on or about December 19, 2006, Plaintiff received from Ocwen Loan Servicing a "Notice of Assignment" which indicated that as of January 01, 2007, Plaintiff should forward all further mortgage payments to Ocwen Loan Servicing. (**Exhibit A**) Defendant, Ocwen Loan Servicing, has since the second (2nd) month of servicing

Plaintiff's mortgage loan continually attempted to portray Plaintiff as being in default where she was not. Further, Defendant, Ocwen Loan Servicing, has since February of 2007, attempted to re-collect mortgage payments for the months of October 01, 2006, November 01, 2006, and December 01, 2006, payment to which were made Plaintiff directly to Sebring Capital.

3. That in or about December 05, 2006, Sebring Capital closed it operation down. **(Exhibit B)**

4. That Plaintiff never received a "Notice of Assignment" directly from Sebring Capital in violation of 12 USC 2605.

5. That Plaintiff from January 1, 2007, through April of 2007, mailed to Defendant, Ocwen Loan Servicing, her mortgage payments, Defendant, Ocwen, held Plaintiff's mortgage payment in a suspense account failing and/or refusing to credit payments made by Plaintiff to her loan account.**(Exhibit C)** Plaintiff mortgage payments to Defendant, Ocwen Loan Servicing, from January 01, 2007, through April of 2007, is in the total amount of ($5,532.01). **(Exhibit D)**

6. In April of 2007, Plaintiff sought a refinance through Summit Capital Mortgage, at which time she was informed that Ocwen Loan Servicing had reported Plaintiff over 30/60 days late on her mortgage payments where Plaintiff had not paid late.

7. In April of 2007, Plaintiff attempted to contact Sebring Capital and was informed that Sebring Capital had abruptly closed its doors and no longer existed.

8. Plaintiff contacted Defendant, Ocwen Loan Servicing, and inquired about their reporting of late pays, and find out who currently held her mortgage note due to Sebring Capital abrupt closing. Plaintiff was told that "it was confidential and none of her business."

9. On May 01, 2007, Plaintiff mailed via, certified mail to Ocwen Loan Servicing a written demand requesting information as to who held her mortgage note, and informed Defendant, Ocwen Loan Servicing, at that time she would escrow all further mortgage payments until Defendant, Ocwen Loan Servicing, disclosed and provide written proof of the actual holder of her mortgage note. **(Exhibit E)**

10. That Defendants failed to provide within the required thirty (30) days from receipt of Plaintiff's certified letter a written response.

11. That Defendants signed for the certified letter on May 21, 2007, and approximately seven (7) days after receipt of Plaintiff's certified letter, moved Plaintiff mortgage loan into foreclosure status in lieu of responding in writing to Plaintiff's information demand as required. Defendants proceeded to forwarded inaccurate loan information to their attorney Potestivo & Associates, P.C., located at 811 South Blvd E. Ste 100, Rochester Hills, Michigan 48307, when only one (1) of payment was due. Plaintiff's withheld the May 01, 2007, in the amount of ($1,486.01) and the loan was less than thirty (30) days in default and the total amount due was ($1,486.01) the May 01, 2007, payment.. **(Exhibit F)**

12. On June 25, 2006, Plaintiff filed the instant lawsuit against Defendants.

13. That since May 20, 2007, Plaintiff has maintained an escrow account for her mortgage payments, where Plaintiff has on or about the first (1st) day of each month deposited her mortgage payments in the amount of ($1,486.01), for each payment. **(Exhibit G)**

14. That Defendant, Ocwen Loan Servicing, has continued to report with the credit bureaus multiple late pays over 30/60/90 days, in the approximate delinquent amount of $17,700.00, where Plaintiff has since escrowed ten (10) mortgage payments in the

total amount of $14,860.10.

15. That after Plaintiff filed and served her lawsuit upon all Defendants in this instant matter, On or about June 05, 2007, Defendants filed a "Assignment of Mortgage" which indicates that Defendant, HSBC Bank USA, was assigned Plaintiff mortgage note through an "asset backed pass-through certificate" c/o Defendant, Ocwen Loan Servicing. **(Exhibit H)**

16. That since the date of June 05, 2007, Defendant, HSBC Bank USA, has mailed to Plaintiff nothing to indicating that they now own and/or service her mortgage, and where or to who mortgage payments are to be submitted.

17. That Defendant's conduct is in violation of the Michigan Fair Credit Reporting Act 15 USCA 1681 (a)(4).

18. That Defendants conduct is a violation of the Michigan Debt Collection Practices Act 15 USCA 1892.

19. That the improper, unjust, and illegal reporting to the credit bureaus by the Defendants has damaged Plaintiff credit score and caused said score to drop approximately three hundred (300) points since January of 2007, when Defendant, Ocwen Loan Servicing, began servicing the loan and has caused Plaintiff to be denied credit.

20. That Defendant, Ocwen Loan Servicing, on or about February 05, 2008, forwarded to Plaintiff her 2007, Mortgage Interest Statement which provides that Plaintiff paid to them ($4,532.33), whereas Plaintiff mortgage loan is "interest only" and as such Plaintiff has paid directly to Defendant, Ocwen Loan Servicing, prior to her escrowing payments the total sum of ($5,532.01) and the 2007, **(Exhibit I)** Mortgage Interest Statement failed to reflect the actual amount paid to Defendant, Ocwen Loan

Servicing, by Plaintiff. **(Exhibit D)**

21. That based upon the foregoing, other than the "Assignment of Mortgage" which was not signed or authorized by Plaintiff's actual mortgage lender Sebring Capital, there is no evidence that any of the Defendants have any legal or equitable interest in Plaintiff's mortgage loan.

22. That counsel for the Defendants have continued over the last several month failed and/or refused to respond to any correspondence with Plaintiff's counsel's office, has failed and/or refused to contact Plaintiff's counsel regarding this matter.

23. That based upon the foregoing it would be a manifest injustice if the Defendants are permitted to continue their unwarranted, illegal, and malicious conduct.

WHEREFORE, Plaintiff, Wendy Adelson, requests that this Honorable Court enter its order granting Plaintiff's motion for immediate Restoration & Removal of Derogatory Credit Information from All Credit Bureaus within forty-eight (48) hours, provide proof of such correction to Plaintiff's counsel, order that each of the Defendants be fined $5,000.00, a day for each day they fail to correct the damage to Plaintiff's credit, all actual costs, and attorney fees, together with such other and further relief deemed just and equitable under the facts and circumstances.

Respectfully submitted,

February 10, 2008

/s/ Paul G. Valentino
Paul G. Valentino, P34239
43494 Woodward Ave Ste 203
Bloomfield Hills, Michigan 48302
(248) 334-7787