UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Chicago)

WENDY ADELSON,
        Plaintiff,

Docket no: 1:07-cv-07208
Honorable: Charles R. Norgle, Sr.

-vs-

OCWEN FINANCIAL CORPORATION, a foreign Corporation, OCWEN LOAN SERVICING, LLC., a Foreign Corporation, HSBC BANK USA, N.A., Assignee, a Foreign Corporation, ACE SECURITIES CORP, HOME EQUITY LOAN TRUST 2007-HE1, a Foreign Corporation, Jointly & Severely,
        Defendants,

## PROOF OF SERVICE

PLEASE BE ADVISED,, that on the 15h day of February 2008, Plaintiff forwarded to Defendants counsel of record Amy E. Muszall, copies of Plaintiff's Notice of Hearing for Motion to Escrow Mortgage Payments Withheld with the Court and Release of Plaintiff's Mortgage Note, Motion to Amend Complaint, Motion for Immediate Restoration & Removal of Derogatory Credit Information from All Credit Bureaus, & Proof of Service, via, First Class Mail to 811 South Boulevard E. Ste 100, Rochester Hills, Michigan 48307, with Postage fully prepaid therein.

Respectfully submitted,

/s/ Paul G. Valentino
Paul G. Valentino, (P34239)
43494 Woodward Ave Ste 203
Bloomfield Hills, Michigan 48302
(248) 334-7787

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Chicago)

| | |
|---|---|
| WENDY ADELSON,<br>Plaintiff, | Docket no: 1:07-cv-07208<br>Honorable: Charles R. Norgle, Sr. |
| -vs- | |
| OCWEN FINANCIAL CORPORATION, a foreign Corporation, OCWEN LOAN SERVICING, LLC., a Foreign Corporation, HSBC BANK USA, N.A., Assignee, a Foreign Corporation, ACE SECURITIES CORP, HOME EQUITY LOAN TRUST 2007-HE1, a Foreign Corporation, Jointly & Severely,<br>　　　Defendants, | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE, that on the 22nd day of February 2008, Plaintiff's Motion to Escrow Mortgage Payments Withheld with the Court and Release of Plaintiff's Mortgage Note, Motion to Amend Complaint, Motion for Immediate Restoration & Removal of Derogatory Credit Information from All Credit Bureaus, will be heard in the Courtroom of the Honorable Charles R. Norgle, Sr., Everett McKinley Dirksen Building, Courtroom 2341, located at 219 South Dearborn Street, *Chicago, Illinois 60604*, at 10:30 in the forenoon, or as soon thereafter as counsel may be heard.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　/s/ Paul G. Valentino
　　　　　　　　　　　　　　　　　　　Paul G. Valentino, (P34239)
　　　　　　　　　　　　　　　　　　　43494 Woodward Ave Ste 203
　　　　　　　　　　　　　　　　　　　Bloomfield Hills, Michigan 48302
　　　　　　　　　　　　　　　　　　　(248) 334-7787