UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Wendy Adelson
                                  Plaintiff,
v.                                                    Case No.: 1:07−cv−07208
                                                      Honorable Charles R. Norgle Sr.
Ocwen Financial Corp.,, et al.
                                  Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

    MINUTE entry before Judge Charles R. Norgle Sr.:Motion to remand is taken under advisement. Motion to Amend [14]; Motion to Deposit Fund [15]; and Motion for Immediate Restoration and Removal of Derogatory Credit Information From all Credit Bureaus by Defendants [16] are denied at this time. Motion hearing held on 2/22/2008. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.