# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7208 | **DATE** | 2/22/2008 |
| **CASE TITLE** | Adelson vs. Ocwen | | |

**DOCKET ENTRY TEXT**

During a status hearing today, counsel indicated that there was a fully briefed motion to remand pending in this case. The court's review of the case docket fails to reveal any such motion, or any briefing on this motion. Counsel are directed to provide courtesy copies of this motion and any briefing on this motion to chambers. The fourteen day deadline the court set for ruling on this motion is stricken.

*Charles R. Norgle*

Docketing to mail notices.

Courtroom Deputy Initials: