Order Form (01/2005)
# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7208 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Adelson vs. Ocwen | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion to Remand is denied.

*[signature: Charles R. Norgle]*

■[ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

As Defendants correctly assert, the Judicial Panel on Multidistrict Litigation has transferred this case to Judge Norgle in the Northern District of Illinois. This court will therefore adjudicate the Motion to Remand. There is no question that the court has diversity jurisdiction over this matter. The parties are completely diverse, and the amount in question is well over $75,000. The Complaint in this case seeks to extinguish Plaintiff's $178,500.00 debt, seeks damages of $25,000.00 under the Michigan Debt Collection Practices Act, seeks punitive damages, and attorneys' fees. Plaintiff's Motion to Remand is therefore denied.

Courtroom Deputy Initials: